# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: TROUTT, MATTHEW AARON | § Case No. 11-82737 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/14/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated:  02/01/2012        By:  /s/JAMES E. STEVENS
                 Trustee

JAMES E. STEVENS  
6833 Stalter Drive  
Rockford, IL  61108  
(815) 962-6611  
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TROUTT, MATTHEW AARON § Case No. 11-82737
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,500.00 |
| *and approved disbursements of* | $ 1,153.97 |
| *leaving a balance on hand of* [1] | $ 4,346.03 |
| **Balance on hand:** | $ 4,346.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,346.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,300.00 | 0.00 | 1,300.00 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,242.00 | 0.00 | 1,242.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,542.00 |
| Remaining balance: | $ 1,804.03 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $        1,804.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $            0.00
Remaining balance:  $        1,804.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,685.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 11,211.98 | 0.00 | 1,730.99 |
| 2 | Capital One,N.A | 473.10 | 0.00 | 73.04 |

Total to be paid for timely general unsecured claims:  $        1,804.03
Remaining balance:  $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-82737-MB
Matthew Aaron Troutt                                                    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez            Page 1 of 2          Date Rcvd: Feb 10, 2012
                              Form ID: pdf006          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2012.
db         +Matthew Aaron Troutt,    336 Jasmine Ct,   DeKalb, IL 60115-8969
17691415   +Capital One,N.A,    c/o Creditors Bankruptcy Service,   P O Box 740933,    Dallas,Tx 75374-0933
17424079   +Delnor Community Hospital,    Bankruptcy Department,   300 Randall Rd.,    Geneva, IL 60134-4200
17424072   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
17424073   +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
17638511    FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
17424077   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Bsbuy,    Attn: Bankruptcy Dept.,    Po Box 15519,
             Wilmington, DE 19850)
17424071   +Harris N A,   Attn: Bankruptcy Dept.,    Po Box 94034,   Palatine, IL 60094-4034
17523404   +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE #600,
             Atlanta, GA 30342-1439
17424083   +Pennymac Loan Services,    Attn: Bankruptcy Dept.,    27001 Agoura Rd,   Ste 350,
             Agoura, CA 91301-5112
17424076   +Sears/CBSD,   Attn: Bankruptcy Dept.,    Po Box 6189,   Sioux Falls, SD 57117-6189
17424074   +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17424081   +E-mail/Text: legalcollections@comed.com Feb 11 2012 02:34:29      Commonwealth Edison,
             Attn: System Credit/BK Dept,    3 Lincoln Center 4th Floor,   Oakbrook Terrace, IL 60181-4204
17424075   +E-mail/PDF: cr-bankruptcy@kohls.com Feb 11 2012 03:40:41      Kohls/Chase,
             Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17424082   +E-mail/Text: bankrup@nicor.com Feb 11 2012 02:06:01      Nicor Gas,   Bankruptcy Department,
             PO Box 549,   Aurora, IL 60507-0549
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17424078  ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 1598,   Norfolk, VA 23501-1598
17424084  ##+Citimortgage Inc.,   Bankruptcy Department,   PO Box 9438,   Gaithersburg, MD 20898-9438
17424080  ##+Tri City Radiology SC,   Bankruptcy Department,   PO Box 4690,   Carol Stream, IL 60197-4690
                                                                                  TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2012**               **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 2 of 2                   Date Rcvd: Feb 10, 2012
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2012 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor   PennyMac Corp. nd-three@il.cslegal.com
              James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Jonathan D Parker    on behalf of Debtor Matthew Troutt ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5