**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TROUTT, MATTHEW AARON   §   Case No. 11-82737
   §
   §
Debtor(s)   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $182,219.00   Assets Exempt: $61,585.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,804.03   Claims Discharged
   Without Payment: $12,821.05

Total Expenses of Administration: $3,695.97

3) Total gross receipts of $ 5,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $152,755.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,695.97 | 3,695.97 | 3,695.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,791.00 | 11,685.08 | 11,685.08 | 1,804.03 |
| **TOTAL DISBURSEMENTS** | $166,546.00 | $15,381.05 | $15,381.05 | $5,500.00 |

    4) This case was originally filed under Chapter 7 on June 17, 2011. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/01/2012              By: /s/JAMES E. STEVENS
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Honda VFR 800F Motorcycle | 1129-000 | 2,200.00 |
| 1967 Honda CB160 | 1129-000 | 1,000.00 |
| 2003 Polaris Predator | 1129-000 | 2,300.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pennymac Loan Services | 4110-000 | 121,298.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N A | 4110-000 | 6,906.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc. Bankruptcy Department | 4110-000 | 24,551.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$152,755.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,300.00 | 1,300.00 | 1,300.00 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,242.00 | 1,242.00 | 1,242.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Action Auctioneering | 3610-000 | N/A | 675.00 | 675.00 | 675.00 |
| Action Auctioneering | 3620-000 | N/A | 403.97 | 403.97 | 403.97 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,695.97 | 3,695.97 | 3,695.97 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | 10,358.00 | 11,211.98 | 11,211.98 | 1,730.99 |
| 2 | Capital One,N.A | 7100-000 | 493.00 | 473.10 | 473.10 | 73.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nicor Gas Bankruptcy Department | 7100-000 | 531.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Chase | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Bsbuy | 7100-000 | 1,143.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri City Radiology SC Bankruptcy Department | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Edison | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln Center 4th Floor | 7100-000 | 667.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 13,791.00 | 11,685.08 | 11,685.08 | 1,804.03 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82737  **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** TROUTT, MATTHEW AARON  **Filed (f) or Converted (c):** 06/17/11 (f)
**§341(a) Meeting Date:** 07/21/11
**Period Ending:** 05/01/12  **Claims Bar Date:** 10/28/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  939 S. 7th St., DeKalb, IL 60115<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 128,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Illinois Community Credit Union Savings Account<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 64.00 | 0.00 | DA | 0.00 | FA |
| 3  Associated Bank savings account<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 4  Associate Bank Checking Account<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 245.00 | 0.00 | DA | 0.00 | FA |
| 5  Household goods; TV, DVD player, TV stand, stere<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6  Books, Compact Discs, Tapes/Records, Family Pict<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7  Necessary wearing apparel.<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 8  Watch<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 85.00 | 0.00 | DA | 0.00 | FA |
| 9  digital camera<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 10  Term Life Insurance - No Cash Surrender Value.<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11  Pension w/ Employer/Former Employer - 100% Exemp<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 40,000.00 | 0.00 | DA | 0.00 | FA |
| 12  Harris N A - 2004 Ford Ranger | 5,875.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82737  
**Case Name:** TROUTT, MATTHEW AARON  

**Period Ending:** 05/01/12

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/17/11 (f)  
**§341(a) Meeting Date:** 07/21/11  
**Claims Bar Date:** 10/28/11

| 1 Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 1 |  |  |  |  |  |
| 13 | 2004 Honda RC51 Motorcycle<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2001 Honda VFR 800F Motorcycle<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 |  | 2,200.00 | FA |
| 15 | 1967 Honda CB160<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 |  | 1,000.00 | FA |
| 16 | 2003 Polaris Predator<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,000.00 | 4,000.00 |  | 2,300.00 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$191,219.00** | **$9,000.00** |  | **$5,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2012     **Current Projected Date Of Final Report (TFR):**   February 1, 2012 (Actual)

Printed: 05/01/2012 09:51 AM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82737  
**Case Name:** TROUTT, MATTHEW AARON  

**Taxpayer ID #:** **-***7456  
**Period Ending:** 05/01/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/28/11 | | Action Auctioneering | auction proceeds | | | 4,500.00 | | 4,500.00 |
| | {14} | | proceeds auction | 2,200.00 | 1129-000 | | | 4,500.00 |
| | {16} | | proceeds auction | 2,300.00 | 1129-000 | | | 4,500.00 |
| 11/28/11 | {15} | Matthew A. Troutt | payment on 1967 Honda | | 1129-000 | 700.00 | | 5,200.00 |
| 11/30/11 | {15} | Matthew A. Trout | payment on Honda | | 1129-000 | 300.00 | | 5,500.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,475.00 |
| 12/27/11 | 101 | Action Auctioneering | fees and costs | | | | 1,078.97 | 4,396.03 |
| | | | Auctioneer fee | 675.00 | 3610-000 | | | 4,396.03 |
| | | | pick up and misc. expenses | 403.97 | 3620-000 | | | 4,396.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,371.03 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,346.03 |
| 03/14/12 | 102 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,242.00, Attorney for Trustee Fees (Trustee Firm); Reference: | | 3110-000 | | 1,242.00 | 3,104.03 |
| 03/14/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,300.00, Trustee Compensation; Reference: | | 2100-000 | | 1,300.00 | 1,804.03 |
| 03/14/12 | 104 | FIA CARD SERVICES, N.A. | Dividend paid 15.43% on $11,211.98; Claim# 1; Filed: $11,211.98; Reference: | | 7100-000 | | 1,730.99 | 73.04 |
| 03/14/12 | 105 | Capital One,N.A | Dividend paid 15.43% on $473.10; Claim# 2; Filed: $473.10; Reference: | | 7100-000 | | 73.04 | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5,500.00 | 5,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,500.00 | 5,500.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,500.00** | **$5,500.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******10-66 | 5,500.00 | 5,500.00 | 0.00 |
| | $5,500.00 | $5,500.00 | $0.00 |

{} Asset reference(s)